IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN R. URBINA,

    Petitioner,        No. 2:13-cv-00831 DAD P

  vs.

R. GROWER, Warden,

    Respondent.      ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or filed a request to proceed in forma pauperis.

       The application attacks a conviction issued by the Humboldt County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Humboldt County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

1          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Northern District of California
3  since Humboldt County is within the boundaries of that court.
4  DATED: May 7, 2013.

                                                              */s/ Dale A. Drozd*
                                                              DALE A. DROZD
                                                              UNITED STATES MAGISTRATE JUDGE

DAD:kly
urbi0831.108

2